IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MEJIA-QUINTANILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CR 11-00293 CRB<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL, GRANTING MOTION FOR LEAVE TO AMEND** |

Petitioner Carlos Mejia-Quintanilla moves for appointment of counsel (dkt. 134) and for leave to amend his 28 U.S.C. § 2255 petition (dkt. 136).

Petitioner's motion for appointment of counsel is DENIED without prejudice. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986) (unless an evidentiary hearing is required, decision to appoint counsel is within the discretion of the district court; no Sixth Amendment right to counsel in habeas cases). The court will appoint counsel if an evidentiary hearing is later required. See id. (appointment of counsel mandatory if evidentiary hearing is required).

Petitioner's motion for leave to amend is GRANTED. Petitioner may file an amended 2255 petition within 45 days of this Order. Petitioner's amended petition must contain all of the claims he intends to pursue in this case. Any claims not included in Petitioner's amended

//

2255 petition, even those raised in his earlier filings, will be deemed dropped.

**IT IS SO ORDERED.**

Dated: December 22, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE