IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MEJIA-QUINTANILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CR 11-00293 CRB<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Mejia-Quintanilla moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, arguing that it has been rendered invalid by <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015). <u>See</u> Amended Petition (dkt. 145). The government is hereby ORDERED to show cause why Petitioner's § 2255 petition should not be granted. The government is ORDERED to respond within 60 days after entry of this Order. Petitioner shall file a reply brief not later than 30 days after the government's response.

**IT IS SO ORDERED.**

Dated: August 30, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\293\OSC.wpd