BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   FAX: (415) 436-7234
   Matthew.McCarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO CR 11-0293 CRB |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |
| CARLOS MEJIA-QUINTANILLA, ) | |
|     Defendant. ) | |

On August 29, 2016 the defendant filed a Motion to Vacate, Set Aside, or Correct Sentence Under § 2255.  (Docket No. 145.)  The next day, the Court issued an Order to Show Cause directing the government to respond within 60 days of the Order, and the defendant to file a reply brief within 30 days of the government's response.  (Docket No. 151.)  Pursuant to this Order, the government's response is currently due on Monday, October 31, and the defendant's reply would therefore be due on Wednesday, November 30, 2016.

Counsel for the parties have met and conferred regarding the briefing schedule and, due to the schedules of counsel for both parties, hereby stipulate and jointly request that the schedule be modified as follows:

(1) That the government's response be filed no later than November 21, 2016; and

(2) That the defendant's reply be filed no later than December 30, 2016.

Given the nature of the defendant's sentence and the specific issues raised in the defendant's motion, the parties do not believe that this brief extension of filing dates poses a risk that the defendant will spend additional time in custody, regardless of the outcome of his motion.  Therefore, the parties do not believe that the modified briefing schedule will prejudice the defendant.

Accordingly, the parties jointly request that the Court adopt the briefing schedule set forth above.

IT IS SO STIPULATED.


DATED: October 21, 2016                     _____/s/_____
                                            HEATHER ANGOVE
                                            Attorney for Defendant Mejia-Quintanilla



DATED: October 21, 2016                     _____/s/_____
                                            MATTHEW L. McCARTHY
                                            Assistant United States Attorney


STIP. AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
NO. CR 11-0293 CRB

**[PROPOSED] ORDER**

For good cause shown, the Court adopts the parties' proposed briefing schedule as follows:

1. The government's response shall be filed no later than November 21, 2016; and
2. The defendant's reply shall be filed no later than December 30, 2016.

IT IS SO ORDERED.

DATED: 10/24/2016

HON. CHARLES R. BREYER
United States District Court Judge

STIP. AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
NO. CR 11-0293 CRB

3