IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MEJIA-QUINTANILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CR 11-00293 CRB<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Mejia-Quintanilla is hereby ORDERED TO SHOW CAUSE, by April 11, 2017, why his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 should not be dismissed in light of Beckles v. United States, No. 15-8544, 2017 WL 855781 (Mar. 6, 2017).

**IT IS SO ORDERED.**

Dated: March 28, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\293\M-Q Beckles OSC.wpd