IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS MEJIA-QUINTANILLA,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. CR 11-00293 CRB

**JUDGMENT**

Having denied Petitioner Carlos Mejia-Quintanilla's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, see Order (dkt. 145), the Court enters judgment for Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: April 27, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE